UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT

2025 JUL -9 P 1: 17

CLERK _____

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. |
| | ) |
| v. | ) 18 U.S.C. § 1001(a)(2) |
| | ) False Statements in Federal |
| MARK BOSWELL | ) Investigations |
| | ) |
| | ) 18 U.S.C. § 1519 |
| | ) Destruction of Records in Federal |
| | ) Investigations |

THE GRAND JURY CHARGES THAT:

CR225-015

## COUNT ONE
*False Statements in Federal Investigations*
18 U.S.C. § 1001(a)(2)

On or about April 12, 2023, in the Southern District of Georgia, the Defendant,

**MARK BOSWELL,**

did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States by telling Special Agent Todd Jones of the Federal Law Enforcement Training Centers' Office of Professional Responsibility that he had gone to bed early on the night of April 7, 2023 and did not recall leaving or being away from his residence in the hours leading up to his single-vehicle collision that occurred in the early morning hours of April 8, 2023 in Gaborone, Botswana.

All in violation of Title 18, United States Code, Section 1001(a)(2).

## COUNT TWO
*Destruction of Records in Federal Investigations*
18 U.S.C. § 1519

On or about April 20, 2023, in the Southern District of Georgia, the Defendant,

### MARK BOSWELL,

did knowingly alter, destroy, and mutilate his government-issued iPhone, a tangible object, with the intent to impede, obstruct, and influence the investigation of his single-vehicle collision in Gabarone, Botswana in the early morning hours of April 8, 2023, a matter that the Defendant knew was within the jurisdiction of the Department of Homeland Security, a department of the United States, and the Federal Law Enforcement Training Centers' Office of Professional Responsibility, an agency of the United States.

All in violation of Title 18, United States Code, Section 1519.

## COUNT THREE
*False Statements in Federal Investigations*
18 U.S.C. § 1001(a)(2)

On or about June 1, 2023, in the Southern District of Georgia, the Defendant,

## MARK BOSWELL,

did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States by telling Special Agent Thomas Masano of the Federal Law Enforcement Training Centers' Office of Professional Responsibility that the extensive water damage to his government-issued iPhone resulted from his having accidentally dropped it into a puddle.

All in violation of Title 18, United States Code, Section 1001(a)(2).

A True Bill.

_____
Foreperson

_____
Tara M. Lyons
Acting United States Attorney

_____
Timothy P. Dean
Assistant United States Attorney
*Lead Counsel

_____
Tania D. Groover
Assistant United States Attorney
Chief, Criminal Division

3